UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cynthia Sembach
        Plaintiff,

v.         Case No.: 1:20–cv–00752
        Honorable Andrea R. Wood

Safeguard Properties Management, LLC, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 20, 2021:

    MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the accompanying Memorandum Opinion and Order, Defendants Lakeview Loan Servicing LLC and MT Bank's renewed motion to dismiss [37] and Defendant Safeguard Properties Management, LLC's Rule 12(b)(6) motion to dismiss [46] are granted in part and denied in part. The motions are granted with respect to Counts I and II of the amended complaint, which are dismissed with prejudice. The motions are denied as to the remaining counts. Mailed notice (aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.