UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cynthia Sembach
                                    Plaintiff,
v.                                                          Case No.: 1:20−cv−00752
                                                            Honorable Andrea R. Wood
Safeguard Properties Management, LLC, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 20, 2021:

MINUTE entry before the Honorable Andrea R. Wood: The parties are directed to meet and confer regarding a revised discovery schedule and to file a joint status report with a proposed schedule for the competition of discovery by 9/3/2021. The joint status report shall also identify all outstanding discovery disputes. Defendants' motion to stay discovery [59] and unopposed motion to extend fact discovery [62] are terminated as moot. Defendant Safeguard's motion for extension of time to respond to Plaintiff's discovery requests [60] and Defendants MT Bank and Lakeview Loan Servicing, LLC's unopposed motion for extension of time to respond to Plaintiff's discovery requests [61] are granted. To the extent necessary, the parties shall agree on a schedule for the service of all outstanding discovery requests and include that schedule in the joint status report. The parties' agreed motion for entry of confidentiality order [63] is granted. Enter Confidentiality Order. Telephonic status hearing set for 9/9/2021 at 11:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.